Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
**JOHNSON & JOHNSON, LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: djohnson@jjllplaw.com
Email: jryan@jjllplaw.com

David M. Dushane (SBN 222421)
**LAW OFFICES OF DAVID M. DUSHANE**
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 424-5117
Facsimile: (310) 861-9008
Email: david@dushanelaw.com

Attorneys for Plaintiff,
JS HAUTE STUFF, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| J.S. HAUTE STUFF, L.L.C., a California Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>NOW & ZEN PRODUCTIONS, L.L.C., a Colorado Limited liability Company and BRANDON P. HULL, an individual,<br><br>        Defendants. | CASE NO.: CV09-3094 R (AGRx)<br><br>**ORDER AMENDING THE PROTECTIVE ORDER**<br><br>Complaint Filed: April 6, 2009<br><br>Judge: The Hon. Manuel L. Real |

1

[PROPOSED] ORDER

1  Pursuant to the Stipulation of all counsel of record herein and for good cause
2  shown, the Court hereby approves the following Amendment to the Protective
3  Order as follows:
4  **J. Attorney's Eyes Only Information**
5  1. Information designated by Nordstrom, Inc., but not by the parties in this
6  action, may be designated and marked as "Attorneys' Eyes Only," and if so
7  designated and marked, shall be restricted to viewing, or copying by, and disclosure
8  to:
9  (a) Attorneys acting on behalf of the parties in this matter;
10  (b) The office personnel employed by the counsel working under the direct
11  supervision of said counsel;
12  (c) The United States District Court for the Central District of California and
13  all clerks and other personnel in the United States District Court for the
14  Central District of California, before which this action is pending; and
15  (d) Experts and consultants used by counsel of record in this litigation, but
16  only if these experts and consultants comply with this agreement and agree to
17  be bound by all of its terms.
18  2. All other terms and conditions of the Protective Order shall remain
19  unchanged.
20
21  **IT IS SO ORDERED.**
22
23  By:_____
24  The Honorable Manuel L. Real
    United States District Court Judge
25
26
    Dated: __October 20, 2009____
27
28